IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00803-ZLW-MJW

HOME BUYERS MARKETING, INC., and
HOME BUYERS MARKETING II, INC.,

      Plaintiffs,

v.

CRAIG S. TURNER,
AARON TURNER,
FINANCIAL STRATEGIES CAPITAL RESOURCES, INC.,
TEAM EFFORT HOMES REAL ESTATE EQUITIES COMPANY, and
JOHN DOES 1-10,

      Defendants.

_____

### ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this __27__ day of April, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court