IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00803-PSF-MJW

HOME BUYERS MARKETING, INC. and
HOME BUYERS MARKETING II, INC.,

      Plaintiffs,

vs.

CRAIG S. TURNER,
AARON TURNER,
FINANCIAL STRATEGIES CAPITAL RESOURCES, INC.,
TEAM EFFORT HOMES REAL ESTATE EQUITIES COMPANY, and
JOHN DOES 1-10,

      Defendants.

## STIPULATED ORDER FOR PERMANENT INJUNCTION

This matter has come before the Court on the parties' Stipulated Motion for Entry of

Order for Permanent Injunction. The Court grants the parties' Stipulated Motion. Based on the

stipulation of the parties, the Court enters the following Order:

**IT IS HEREBY ORDERED** that the above-named Defendants, individually and

collectively, and their officers, agents, servants, employees, representatives, successors and

assigns, and all other persons, firms, or corporations acting in concert, privity or participation

with them (collectively, "Defendants") shall be permanently enjoined and restrained and are

hereby **ORDERED** as follows:

    1.    Defendants shall immediately and permanently cease reproducing, copying,

duplicating, disseminating, publishing, transmitting, distributing, displaying, storing, uploading,

downloading, offering or making available any unauthorized copies of any content from any webpage in the hbm1.com, hbm2net.com, or ehbsr.com Internet domains ("Plaintiffs' Websites") or computer code obtained from Plaintiffs' Websites or derived, in whole or in part, from Plaintiffs' Websites or computer code. For the purposes of this Order, the prohibitions set forth in this paragraph shall include the placement of an unauthorized copy of any of these materials into a computer's hard drive or other storage device; scanning any such materials into a digital file; printing any electronic files containing these materials; or otherwise duplicating paper versions of any of these materials.

2.    Defendants shall immediately and permanently cease using any information (a) related to the text or computer code obtained from Plaintiffs' Website, or (b) derivative of the text or computer code obtained from Plaintiffs' Website. "Using" means operating any website or running any computer program that, in whole or in part, is based upon, derived from, or reverse-engineers Plaintiffs' Websites or computer code;

3.    Defendants shall immediately and permanently cease operating teamefforthomes.com and any other website that is related to teamefforthomes.com or that is based upon Plaintiffs' Websites.

4.    Defendants shall immediately and permanently cease from assisting, aiding or abetting any other person or business entity from engaging in or performing any of the above-described acts.

5.    Defendants hereby certify that they have provided to Plaintiffs' counsel all copies of Plaintiffs' computer code obtained from Plaintiffs' Websites or derived, in whole or in part, from Plaintiffs' Websites or underlying computer code. This includes, but is not limited to,

records, logs or other documents, in any media, that relate to or constitute Plaintiffs' computer code. Defendants shall not retain any original or copy of Plaintiffs' computer code.

6.       Defendants hereby certify that they have provided to Plaintiffs' counsel all copies of Defendants' computer code that have been prepared in connection with the development or operation of teamefforthomes.com or any other website that is related to teamefforthomes.com or that is based upon Plaintiffs' Websites. Defendants shall not retain any original or copy of Defendants' computer code.

7.       Defendants hereby certify that they have provided complete and accurate information to Plaintiffs' counsel regarding the following facts: (a) the usernames and passwords utilized by Defendants to gain access to Plaintiffs' Websites and the approximate dates when such access was obtained; (b) the names of all individuals and companies who assisted Defendants in gaining access to Plaintiffs' password-protected websites; (c) the names of all individuals and companies who assisted Defendants in setting up and developing the teamefforthomes.com website and any similar websites; (d) the names of all individuals and companies who have developed or are in the process of developing html code or source code for the teamefforthomes.com website and any similar websites, including code for the graphical user interface ("GUI") or the back-end engine code necessary to "drive" the websites' content and functions; (e) the names of all individuals and companies whom Defendants have contacted in the real estate and mortgage industries in an effort to sell their on-line services, including a complete and accurate description of the nature of each such conversation; (f) the names of all individuals and companies to whom Defendants have sold their on-line services; and (g) the names of all individuals and companies to whom any of the Defendants has shared any

-3-

information concerning Plaintiffs' Websites or the teamefforthomes.com website, including but not limited to the provision of content, computer code, or business methods or processes derived in whole or in part from Plaintiffs' Websites.

8.     In the event the Court determines that Defendants have violated the terms of this Order, Defendants hereby consent to the entry of judgment against them and an award of all reasonable attorneys fees and costs incurred by Plaintiffs to enforce and collect upon said judgment.

**IT IS FURTHER ORDERED** that this permanent injunction shall be effective immediately. The case is TERMINATED although the Court, upon motion and good cause shown, may enforce the terms of this permanent injunction.

Dated this 16th day of May, 2006.

BY THE COURT:

Phillip S. Figa
United States District Judge

-4-

Approved by the Parties:

_Jane Michaels, counsel_
For Plaintiffs

_____
For Defendants

Jane Michaels  Counsel
Printed Name  for Plaintiffs

_____
Printed Name

Date: _April 28, 2006_

Date: _____

1547836_1.DOC

Approved by the Parties:

_____          _____
For Plaintiffs                        For Defendants

_____          _____
Printed Name                          Printed Name

Date:_____          Date:___4/20/06_____

3547x36, 1.DOC